UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JANTZEN MATZDORFF,<br><br>    Plaintiff,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, LLC, dba "AMERICAN EXPRESS,"<br><br>    Defendant. | Case No. 1:23-cv-00403 |

## NOTICE OF REMOVAL OF DEFENDANT AMERICAN EXPRESS NATIONAL BANK

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant American Express National Bank ("American Express"), erroneously sued as Ameriprise Financial Services, LLC, by and through its counsel, hereby removes the action entitled <u>Jantzen Matzdorff v. Ameriprise Financial Services, LLC</u>, Case No. C-1-CV-23-001057, pending in the County Court of the State of Texas for the County of Travis (the "Action"), to the United States District Court for the Western District of Texas on the following grounds:

1. <u>Removal Is Timely</u>.  The Complaint in the Action was served on American Express on March 17, 2023.  American Express has timely filed this Notice of Removal pursuant to 28 U.S.C. § 1446(b) because it has been filed within 30 days of American Express's receipt of service of the Complaint, and within one year after "commencement of the action" in state court.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings filed in the Action are attached hereto as **Exhibit A**.

2. <u>This Court Has Federal Question Jurisdiction Over the Action</u>.  The Action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one that

may be removed to this Court by American Express pursuant to the provisions of 28 U.S.C. § 1441. Pursuant to 28 U.S.C. § 1331, original jurisdiction of the district courts includes jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." "An action may 'arise under' a law of the United States if the plaintiff's right to relief necessarily turns on construction of federal law." <u>Bright v. Bechtel Petroleum, Inc.</u>, 780 F.2d 766, 769 (1986) (citing <u>Franchise Tax Bd. of Cal. v. Constr. Laborer's Vacation Trust</u>, 463 U.S. 1, 9 (1983)). Stated differently, claims "arise under" federal law when a "well-pleaded complaint establishes . . . that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law, in that federal law is a necessary element of one of the well-pleaded . . . claims." <u>Christianson v. Colt Indus. Operating Corp.</u>, 486 U.S. 800, 808 (1988) (quoting <u>Franchise Tax Bd.</u>, 463 U.S. at 13, 27-28) (internal quotation marks and citations omitted). Here, Plaintiff includes a claim for an alleged violation of the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, <u>et seq.</u> ("FCRA"), which necessarily arises under federal law. Therefore, this Court has removal jurisdiction over this Action under 28 U.S.C. § 1331 because Plaintiff's FCRA claim arises under the laws of the United States.

3. <u>Consent Is Not Necessary</u>. Defendant is the only named defendant in this action. Accordingly, consent of removal is not necessary and removal is proper pursuant to 28 U.S.C. 1446(a) & (b).

4. <u>Venue Is Proper In This Court</u>. This Court is the proper district court for removal because the County Court of the State of Texas for the County of Travis is located within the United States District Court for the Western District of Texas. <u>See</u> 28 U.S.C. § 1441(a).

5.  <u>Notice Will Be Effected</u>.  Pursuant to 28 U.S.C. § 1446(d), this Notice of Removal shall be given to adverse parties and a duplicate copy of this Notice of Removal, without exhibits, shall be filed in the Action.

Dated:  April 10, 2023                              Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Michella R. Gibbs*
    Michella R. Gibbs
    Texas Bar No. 24103731
    JPMorgan Chase Tower
    600 Travis Street, Suite 3400
    Houston, TX  77002-2926
    Telephone:  713-227-8008
    Facsimile:  713-227-9508
    Email:  mgibbs@shb.com

*Attorneys for Defendant American Express National Bank, erroneously named as Ameriprise Financial Services, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served a copy of the foregoing document electronically through the CM/ECF system, to the attorneys/parties listed below this 10th day of April, 2023 in accordance with Rule 21a of the Texas Rules of Civil Procedure.

                                                                 /s/  Michella R. Gibbs