IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANTZEN MATZDORFF, | § | |
| Plaintiff, | § | |
| v. | § | 1:23-CV-00403-DII |
| AMERIPRISE FINANCIAL SERVICES, LLC, D/B/A "AMERICAN EXPRESS," | § | |
| Defendant. | § | |

## ORDER

On June 23, 2023, the parties dismissed all claims in this case with prejudice by stipulation of dismissal. (Dkt. 11). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on June 26, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE